|Dave McNeilAppellant |[pic] |The State of |
| | |TexasAppellee |

 Fourth Court of Appeals
 San Antonio, Texas

 October 24, 2013

 No. 04-13-00415-CR

 Dave MCNEIL,
 Appellant

 v.

 The STATE of Texas,
 Appellee

 From the 25th Judicial District Court, Guadalupe County, Texas
 Trial Court No. 12-2002-CR
 Charles Ramsay, Judge Presiding

 ORDER

 The appellee's brief was originally due to be filed on September 16,
2013. The appellee's first motion for extension of time was granted,
extending the deadline for filing the brief to October 16, 2013. On
October 17, 2013, the appellee filed a motion requesting an additional
extension of time to file the brief until November 15, 2013, for a total
extension of sixty days. The motion is GRANTED. THIS IS THE FINAL
EXTENSION OF TIME THAT THE APPELLEE WILL BE GRANTED. The appellee's brief
must be filed by November 15, 2013, or the case will be set "at issue" and
will be submitted without the appellee's brief.cms

 _________________________________
 Catherine Stone, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal
of the said court on this 24th day of October, 2013.

 ___________________________________
 Keith E. Hottle
 Clerk of Court